**INITIAL APPEARANCE MINUTES:**

| | | | |
|---|---|---|---|
| Time set: | 4:15 pm | Date: | 1/27/15 |
| Start Time: | 4:16 pm | Presiding Judge: | Douglas E. Miller, USMJ |
| End Time: | 4:20 pm | Courtroom Deputy: | Lisa Woodcock |
| | | Reporter: | FTR |
| Split Time ( ) | | U.S. Attorney: | Melissa O'Boyle |
| | | Defense Counsel: | |
| | | ( ) Retained ( ) Court appointed ( ) AFPD | |
| | | Interpreter: | |

Case Number: 2:14cr162
USA v. Doriean Barberi

( x ) Deft. Present ( x ) custody ( ) not in custody
( x ) Initial Appearance ( x ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
   ( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest ( ) Criminal Complaint
( x ) Deft. advised of rights, charges and right to counsel
( x ) Counsel desired ( ) Defendant to retain: _____
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel executed and filed in open court
( x ) Financial Affidavit filed in open Court
( x ) Court ( x ) Directed ( ) Denied appointment of counsel
( ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and continue each month thereafter until paid in full.
( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
( ) Waiver of Detention Hearing (In this District only)
( ) Commitment to Another District entered and filed in open court
( ) ( ) Preliminary ( ) Removal Hearing set for _____ at _____ before _____ U.S. Magistrate Judge in _____.
( ) Preliminary Hearing ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district
( x ) Government motion for Detention
( ) Government motion to withdraw motion for detention and set bond ( ) Granted ( ) Denied
( x ) Detention Hearing scheduled for 1-29-15 at 2:00 before TEM (mag 2).
( ) Detention Hearing ( ) Held ( ) Waived in _____.
( x ) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
( ) Bond set at $_____
( ) Special Conditions of Release: **(See Page 2)**
( x ) Deft. remanded to custody of U. S. Marshal
( x ) Warrant returned executed and filed in open court
( ) Defendant is directed to appear on _____ at _____ for
   ( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial
   ( ) Norfolk ( ) Newport News
( ) _____
( ) _____