

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FID# 4035489

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 2:14cr162 |
| | ) | |
| DORIEAN BARBERI | ) | |
| Defendant | ) | |

SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) **DORIEAN BARBERI**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

T.18:1591(a)(1) - Sex Trafficking of Children (Count 1, et al)

Date: 12/03/2014

/s/ T. Brown
*Issuing officer's signature*

City and state: Norfolk, Virginia

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

JAN 27 2015
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

### Return

This warrant was received on (date) 12/3/2014, and the person was arrested on (date) 1/27/2015
at (city and state) Virginia Beach, VA.

Date: 1/27/2015

S. Brill
*Arresting officer's signature*

Shannon Brill / Special Agent
*Printed name and title*
FBI